**FILED**

SEP 15 2015

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE BILLINGS DIVISION

| | |
|---|---|
| FIRST INTERSTATE BANK,<br><br>Plaintiff,<br><br>-vs-<br><br>COLUMBIA CASUALTY COMPANY, BANCSERVE, INC., and AH&T,<br><br>Defendants. | Cause No. CV 15–50-SPW-CSO<br><br>**ORDER DISMISSING COLUMBIA CASUALTY COMPANY WITH PREJUDICE** |

Plaintiff First Interstate Bank "("First Interstate") and Defendant Columbia Casualty Company ("Columbia Casualty") have stipulated (1) to the dismissal with prejudice of all claims in Counts I, II, III, IV, V, VI and VII of the Complaint; (2) to the dismissal with prejudice of Columbia Casualty's Counterclaim (Doc. 8); and (3) to the dismissal of Columbia Casualty as a party from this action. (Docs. 37 and 38). The claims asserted by the two parties against each other have been fully and finally settled, with each party to bear its own costs and attorney fees. First Interstate's claims against AH&T and BancServe, Inc., remain pending, as asserted in Counts VIII and IX of the Complaint (Doc. 6). The motion is unopposed by the other Defendants.

IT IS HEREBY ORDERED, for good cause showing, that Counts I, II, III, IV, V, VI and VII of the Complaint are hereby DISMISSED with prejudice; that Columbia Casualty's Counterclaim is hereby DISMISSED with prejudice; and that Columbia Casualty is DISMISSED from this action with prejudice.

DATED this 14th day of September, 2015.

*/s/ Susan P. Watters*
Susan P. Watters
United States District Judge